IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEVON JACKSON,                                                   ORDER

                Plaintiff,

                                                 09-cv-602-slc[1]

     v.

MIKE THURMER, DEBRA GEMPELER,
ANTHONY MELI and JOHN O'DONOVAN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      IT IS ORDERED that plaintiff Jevon Jackson's motion for reconsideration, dkt. #9, is DENIED.

      Entered this 16th day of November, 2009.

                                    BY THE COURT:

                                    /s/

                                  _____
                                  BARBARA B. CRABB
                                  District Judge

---

[1] For the purpose of issuing this order only, I am assuming jurisdiction over the case.