IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEVON JACKSON,

                Plaintiff,

v.                                                   ORDER

DEBRA GEMPELER, ANTHONY MELI               09-cv-602-slc
and JOHN O'DONOVAN,

                Defendants.

---

Plaintiff Jevon Jackson has filed a motion for reconsideration of this court's order declining to enter judgment in his favor sua sponte. *See* dkt. 48. The motion is DENIED. If plaintiff believed he was entitled to summary judgment, he was free to file his own summary judgment motion, but he failed to do so. If, at the close of trial, plaintiff believes he has proven his claims as a matter of law, he is free to file a motion under Fed. R. Civ. P. 50.

Entered this 8th day of November, 2010.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge